**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-2275**

---

M. D. WILKINS,

Plaintiff - Appellant,

and

M. D. WILKINS FUNERAL HOME,

Plaintiff,

versus

JANET RENO, Attorney General of the United
States; U. S. ATTORNEY FOR THE EASTERN DIS-
TRICT OF VIRGINIA; EUGENE LUDWIG, Comptroller
of the Currency; SIGNET BANKING CORPORATION;
FEDERAL RESERVE BOARD OF GOVERNORS,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Richmond. Robert E. Payne, District Judge.
(CA-97-331)

---

Submitted: November 20, 1997        Decided: December 9, 1997

---

Before MURNAGHAN, MICHAEL, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

M. D. Wilkins, Appellant Pro Se.  Richard Parker, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia; Ronald Edward Kuykendall, SIGNET BANK, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his complaint alleging civil rights violations. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Wilkins v. Reno, No. CA-97-331 (E.D. Va. Aug. 15, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED